# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE AND ORDER VACATING ORDER OF DISMISSAL

**DEBTOR INFORMATION:**
Radical West Inc.
aka ROKiT Wireless Inc.

**BANKRUPTCY NO.** 2:21−bk−16053−SK

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 87−1991148
**Debtor Dismissal Date:** N/A

**Address:**
3617 Hayden Avenue #105
Culver City, CA 90232

A Notice of Dismissal was noticed as a result of clerical error.

**THE DISMISSAL IS HEREBY VACATED.**

Meeting of Creditors hearing date remains the same as previously scheduled per Notice dated 7/28/2021.

Dated: August 17, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nvd Rev.03/09) VAN−61

**8 / LLI**